# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

PHILLIP BURTON HAUSKEN,

    Plaintiff,

v.

KEVIN VANDE WEYE, et al.,

    Defendants.

CASE NO. C13-5560 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 6. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The Court dismisses this action as malicious. The Court orders that this dismissal count as a strike pursuant to 28 U.S.C. § 1915(g). The Court revokes in forma pauperis status for the purpose of appeal.

Dated this 27th day August, 2013.

BENJAMIN H. SETTLE
United States District Judge

ORDER